IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STAES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHON J. STIDHAM a/k/a "Bob White",<br>JUSTIN T. HAIL, a/k/a "Eddie Hyde",<br>ROBERT A. HOOD, a/k/a "Jason Long",<br>LINDSEY J. GARCIA, JUSTIN B. AMES,<br>and FERNANDO LOPEZ-REYES,<br><br>    Defendant. | CASE NO. 8:21 CR 90<br><br>WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the superseding indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the superseding indictment.

_Lindsey Garcia (Jun 24, 2021 14:49 PDT)_      6/24/2021
Defendant      Date

_[signature]_      6-24-2021
Attorney for Defendant      Date

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __24__ day of __June__, 20__21__.

BY THE COURT:

_Susan M Bazis_

MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT